UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

SALVINO DEL BENE U.S.A. INC.,

                        Plaintiff,

    -against-

COMMERCIAL LYNKS INC.,

                        Defendant.
----------------------------------------------------------------X

**ORDER SCHEDULING TELEPHONE CONFERENCE**

**20-CV-9692 (VEC)**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 02/08/2021

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

      This case has been referred to me for settlement purposes (docket no. 14).  A telephone conference will be held on **Wednesday, March 3, 2021 at 12:45 p.m.** in advance of a settlement conference.  The parties are directed to review Judge Parker's Individual Practices at http://nysd.uscourts.gov/judge/Parker concerning settlement conferences in advance of the call.  Counsel for the parties are directed to call Judge Parker's Chambers court conference line at the scheduled time.  **Please dial (866) 434-5269, Access code: 4858267**.

      **The Plaintiff is directed to serve this order, and a copy of the complaint on the Defendant.**

      SO ORDERED.

Dated: February 8, 2021
       New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge